UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-11169 FMO (RAOx) | Date | May 12, 2022 |
|---|---|---|---|
| Title | Chris Bonsangue v. Ferrellgas, Inc. et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Gabriela Garcia | Laura Elias (telephone) | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| Melissa Huether | Nicky Jatana<br>Connie Chen |

**Proceedings:** MOTION FOR SETTLEMENT OF CLASS ACTION AND PAGA SETTLEMENT [54]

The court and counsel confer regarding the Motion. The Motion **(Document No. 54)** is **denied** for the reasons set forth on the record.

Plaintiff shall file a renewed motion by no later than **June 13, 2022**.

IT IS SO ORDERED.

| | 00 | : | 21 |
|---|---|---|---|
| Initials of Preparer | | | gga |