Joseph Lavi, Esq. (SBN 209776)
Email: jlavi@lelawfirm.com
Vincent C. Granberry, Esq. (SBN 276483)
Email: vgranberry@lelawfirm.com
Melissa A. Huether, Esq. (SBN 316604)
Email: mhuether@lelawfirm.com
Courtney M. Miller, Esq. (SBN 327850)
Email: cmiller@lelawfirm.com
**LAVI & EBRAHIMIAN, LLP**
8889 W. Olympic Boulevard, Suite 200
Beverly Hills, California 90211
Telephone: (310) 432-0000
Facsimile: (310) 432-0001

Attorneys for Plaintiff CHRIS BONSANGUE
on behalf of himself and other similarly situated drivers

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS BONSANGUE, on behalf of himself and other similarly situated drivers,<br><br>Plaintiff,<br><br>vs.<br><br>FERRELLGAS, INC.; FERRELLGAS, L.P.; BLUE RHINO LLC; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-11169-FMO-RAO<br><br>**NOTICE OF THIRD RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION AND PAGA SETTLEMENT AND CLASS CERTIFICATION**<br><br>**Date**: August 4, 2022<br>**Time**: 10:00 a.m.<br>**Courtroom**: 6D<br><br>Before Hon. Fernando M. Olguin, United States District Judge |

---

**NOTICE OF THIRD RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION AND PAGA SETTLEMENT AND CLASS CERTIFICATION; Case No.: 2:20-CV-11169-FMO-RAO**

1

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Plaintiff Chris Bonsangue ("Plaintiff") hereby gives Notice that on Thursday, August 4, 2022 at 10:00 a.m., in Courtroom 6D of the 6th Floor of the United States Courthouse located at 350 W. 1st Street, California 90012 in the District Court for the Central District of California, Plaintiff will move, and hereby does move the Court to enter the concurrently filed [Proposed] Order seeking the following:

(1) Granting preliminary approval of the proposed class action and PAGA settlement, including the amount of the settlement; the amount and methodology pertaining to distributions to the class; the procedure for giving notice to class members; the procedure for allowing class members to opt out of or object to the settlement; and the amounts allocated to incentive payments, attorney fees and costs, and administrative costs;

(2) Provisionally certifying the proposed Settlement Class for settlement purposes only;

(3) Approving the form and content of the class notice and directing the distribution of the class notice;

(4) Appointing Joseph Lavi, Vincent Granberry, and Courtney Miller from Lavi & Ebrahimian, LLP as Class Counsel and named Plaintiff Chris Bonsangue as Class Representative;

(5) Appointing Simpluris, Inc. as settlement administrator; and

(6) Setting a Final Approval Hearing and hearing on Class Counsel's Attorney Fees and Cost award and Class Representative's Enhancement Payment for a date and time convenient to the Court approximately 120 days after granting preliminary approval.

///

///

///

---

**NOTICE OF THIRD RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION AND PAGA SETTLEMENT AND CLASS CERTIFICATION; Case No.: 2:20-CV-11169-FMO-RAO**

2

Plaintiff's third renewed motion is based on this Notice, the amended stipulation for settlement, memorandum of points and authorities; and Declaration of Melissa A. Huether, concurrently filed herewith; all other pleadings and papers on file in this action; and any other argument or other matter that may be considered by the Court.

Dated: July 5, 2022

Respectfully submitted,
**LAVI & EBRAHIMIAN, LLP**


By: */s/ Melissa A. Huether*
    Joseph Lavi, Esq.
    Vincent C. Granberry, Esq.
    Melissa A. Huether, Esq.
    Courtney Miller, Esq.
    Attorneys for PLAINTIFF
    CHRIS BONSANGUE and Other Class Members

**NOTICE OF THIRD RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION AND PAGA SETTLEMENT AND CLASS CERTIFICATION; Case No.: 2:20-CV-11169-FMO-RAO**

3